August 29, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-24-00097-CV

RANDAL LAW, Appellant

V.

TEXAS DEPARTMENT OF INSURANCE – DIVISION  OF WORKERS'
COMPENSATION SUBSEQUENT INJURY FUND, JEFF NELSON, KARA
MACE, AND BLAISE GERSTENLAUER, Appellees

This cause, an appeal from the judgment in favor of appellees, Texas
Department of Insurance – Division  of Workers' Compensation Subsequent Injury
Fund, Jeff Nelson, Kara Mace, and Blaise Gerstenlauer, signed August 27, 2024,
was heard on the appellate record. The record shows that the trial court and this
court lack subject matter jurisdiction. We therefore order the trial court's order
denying Law's plea to the jurisdiction **VACATED** and order the appeal
**DISMISSED**.

We order appellant, Randal Law, jointly and severally, to pay all costs
incurred in this appeal.

We further order this decision certified below for observance.

Judgment Rendered August 29, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered by Chief Justice Brister.

# Fifteenth Court of Appeals

AUSTIN, TEXAS 78701

## RECORDS RETENTION SCHEDULE IN CIVIL CASES

(Secretary to complete entire top portion at time opinion is delivered – have signed by authoring judge)

CASE NO.: 15-24-00097-CV

DATE CASE FILED: 9/4/2024

STYLE: **Randal Law v. Texas Department of Insurance – Division of Workers' Compensation Subsequent Injury Fund, Jeff Nelson, Kara Mace, and Blaise Gerstenlauer**

COUNTY: Travis

DESCRIPTION/SUBJECT OF CASE: Administrative Law - Worker's Compensation

PANEL: SB, SF, AF

AUTHOR: Brister

PER CURIAM: NO

OPINION ISSUED**:** August 29, 2025

OPINION DECISION: DISMISSED

RECOMMEND: DESTROY: YES HISTORICAL: NO

COMMENTS:

SIGNED: _____

DATE: _____

—————————————**\*\*FOR CLERK'S USE ONLY\*\***—————————————

MANDATE ISSUED: _____

LETTER TO STATE ARCHIVES (date): _____

COMMENTS: _____

—————————————**\*\*FOR CLERK'S USE ONLY\*\***—————————————

(Dispose of 6 years after final disposition)

DATE DESTROYED: _____

DATE SENT TO STATE ARCHIVES FOR PERMANENT RETENTION: